**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ENOCH CONNERS,                                )<br>                          )<br>          Petitioner,        )<br>                          )<br>          v.                  )<br>                          )<br>WARDEN,                        )<br>                          )<br>          Respondent.      )<br>                          )<br>_____)  | NO. CV 17-00583-R (AS)<br><br><br>       **JUDGMENT** |

        Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and dismissed without
prejudice.

        DATED: June 27, 2017

                                        _____
                                            MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE